

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Comptroller of Public Accounts, State of Texas, Appellant

No. 06-18-00085-CV      v.

Smithville Independent School District, Appellee

Appeal from the 53rd District Court of Travis County, Texas (Tr. Ct. No. D-1-GN-17-004070). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Moseley* participating. *Justice Moseley, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find that the joint motion of the parties to dismiss the appeal by agreement should be granted. We set aside the judgment of the trial court without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. We dismiss the appeal.

We further order that the appellant and appellee shall each pay one half of all costs of appeal.

RENDERED JANUARY 4, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk